# EXHIBIT A

**DYNAMIS LLP**
Jamie Hoxie Solano, Esq.
NJ Bar No. 426422024
200 Connell Drive
Berkeley Heights, NJ 07922
(973) 295-5495
JSolano@dynamisllp.com

*Attorney for Defendants Bloc Dispensary LLC,
SRG 1761 North Olden LLC, SRG 1474 Prospect
LLC, SRG Waretown LLC, Hayden Gateway LLC,
Pier Cove LLC, SRG 272 Main Street LLC, and
SRG Hi Park LLC*

| | |
|---|---|
| ADVANCED FLOWER CAPITAL, INC. and AFC AGENT, LLC, | SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION: MERCER COUNTY DOCKET NO. MER-C-000037-26 |
| Plaintiffs, | |
| v. | CIVIL ACTION |
| BLOC DISPENSARY LLC, SRG 1761 NORTH OLDEN LLC, SRG 1474 PROSPECT LLC, SRG WARETOWN LLC, HAYDEN GATEWAY LLC, PIER COVE LLC, SRG 272 MAIN STREET LLC, and SRG HI PARK LLC, | **NOTICE OF FILING NOTICE OF REMOVAL** |
| Defendants. | |

**PLEASE TAKE NOTICE** that Defendants Bloc Dispensary LLC, SRG 1761 North Olden LLC, SRG 1474 Prospect LLC, SRG Waretown LLC, Hayden Gateway LLC, Pier Cove LLC, SRG 272 Main Street LLC, and SRG Hi Park LLC (collectively, "Defendants") have this day filed a Notice of Removal, a true copy of which is attached hereto as **Exhibit A**, in the above-entitled action with the Clerk of the United States District Court for the District of New Jersey, effectuating the removal of this action from the Superior Court of New Jersey, Chancery Division, Mercer County.

1

Dated:  June 18, 2026

Respectfully submitted,

**DYNAMIS LLP**

By: _/s/ Jamie Hoxie Solano_
Jamie Hoxie Solano, Esq.
200 Connell Drive
Berkeley Heights, NJ 07922
973-295-5495
JSolano@dynamisllp.com

_Attorney for Defendants_

2