# EXHIBIT C



93 Route 37
Edgewood, IL, 62426-1101

June 12, 2026

*<u>Via Email</u>*

*Daniel Neville*
CEO and Partner
Advanced Flower Capital Inc.
*dan@afcbdc.com*

        **RE:**    <u>**Notice of Continued Availability for Inspection and Resolution of Confidentiality Concerns**</u>

Mr. Neville,

Justice has consistently demonstrated a willingness to facilitate inspections, having offered clear windows of availability or specific firm dates on at least six distinct occasions between March and May 2026. Despite AFC's narrative of obstruction, the record shows that Justice proactively proposed a May 11–22 window as early as March 29, later refined this into a firm four-day schedule (May 11, 12, 15, and 18), and repeatedly re-offered access contingent only upon basic regulatory compliance, identification of visitors, and standard confidentiality protections.

Justice remains open to the inspections, provided AFC identifies its representatives and adheres to the security and confidentiality protocols required by the highly regulated nature of the cannabis industry. You have ignored our prior invitations to schedule a visit any time during either of the first two weeks of June, preferring instead to run to court with a false recitation of the history in order to attempt to justify appointment of a receiver.

It is unclear why you ignored our offer to visit for the past two weeks.

The offer remains open. Provided that AFC this time identifies which AFC representative seeks access, you can inspect on 48-hours notice, as soon as the lawyers resolve the confidentiality concerns. Given the history here, these confidentiality concerns are real, and need to be resolved in a mutually satisfactory way. We will not be unreasonable about this issue, and if you operate in the same spirit, this should be easy to resolve. After all, as we understand your position, you are willing to abide confidentiality so there should not even any argument at all. Our legitimate concern is that AFC apparently does not read the language in the Credit Agreement to prevent AFC from sharing confidential and proprietary information with our competitors, including Cresco, for

example, as we learned at the hearing before Judge Qurashi. Accordingly, we just need to get on the same page before proceeding.

If AFC is acting in good faith and genuinely wishes to evaluate the physical collateral rather than score points for its litigation strategy, we are available today to discuss this. If we can work through the confidentiality concerns, you can inspect as early as this coming Monday.

Let us know.

Regards,

*Alex Hymowitz*

**Alexander Hymowitz**
Senior General Counsel