# EXHIBIT D

**100 YEARS  COLE SCHOTZ P.C.**

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201.489.3000    201.489.1536  fax
—
New York
—
Delaware
—
Maryland
—
Texas
—
Florida
—
Washington, DC

Michael R. Yellin
Member
Admitted in NJ, NY, and FL

Reply to New Jersey Office
Writer's Direct Line: 201.525.6258
Writer's E-Mail: MYellin@coleschotz.com

June 29, 2026

**Via E-Mail**
Justice Cannabis Co.
93 Route 37
Edgewood, IL 62426-1101
Attn: Alexander Hymowitz – Senior General Counsel

> **Re:    Advanced Flower Capital, Inc. and AFC Agent, LLC v. Bloc Dispensary LLC, et al.**

Dear Mr. Hymowitz:

As you are aware, this firm represents Advanced Flower Capital, Inc. and AFC Agent, LLC (collectively, "AFC"). We write in response to Justice's letter dated June 18, 2026, and solely with regards to the issue of Dan Neville and a designated advisor visiting Justice's New Jersey facility to conduct an inspection pursuant to (among other things) the parties' Credit Agreement.

As reflected in your prior correspondence, Justice has confirmed that it is prepared to extend the opportunity for Mr. Neville and a designated advisor to access and visit the facility. Consistent with that representation, AFC will have Mr. Neville as well as Brian Schinderle of SSC Advisors and Brian Radcliffe of Matterport, his advisors, appear to conduct an inspection on Thursday, July 2, 2026. Mr. Neville and his advisors are prepared to fully comply with the requirements, restrictions, and obligations set forth in Section 17.7 of the Credit Agreement, as we have repeatedly confirmed.

As AFC has also repeatedly stated, this contemplated inspection is in furtherance of AFC's good faith efforts to, among other things, help Justice continue as a going concern, including by facilitating Justice's ability to make payments that are reasonable and necessary for the Company's continued operations. To that end, and by way of example, we have been made aware that Justice has submitted for payment nearly $500,000 in invoices to fully replace the grow lights in their facility. AFC's understanding is that this wholesale replacement is not necessary and (for instance) Justice has access to spare and unused lights it could employ to replace lights on a per unit basis. Without being allowed access to the facility, however, it is impossible for AFC to assess the reasonableness of Justice's request for payment. By refusing access, Justice is thus financially imperiling its own operations.

coleschotz.com

71686/0001-53495270v1

 COLE SCHOTZ P.C.

Justice Cannabis Co.
June 29, 2026
Page 2

       Please advise promptly as to the logistics and any necessary arrangements to ensure that the visit proceeds as scheduled.

       Justice should of course be aware that AFC denies any and all of Justice's incorrect, self-serving, and false allegations and accusations on this (and any other) issue, and does not waive and expressly preserves all rights at law and in equity.  This correspondence is focused solely on the "solvable problem and concern" of providing AFC the facility access it contractually entitled to, on the terms Justice itself has proposed.

       We look forward to your response and the upcoming inspection.

               Very truly yours,

               */s/ Michael R. Yellin*

               Michael R. Yellin

MRY:adm

71686/0001-53495270v1