# EXHIBIT E

 Outlook

---

**Re: Information Request**

---

From  Alexzandra Fields <alexzandra@justicecannabisco.com>

Date  Mon 6/8/2026 10:33 AM

To    Dan Neville <dan@afcbdc.com>; Bill Papatheofanis <billp@oaklandmanager.com>; Alex Hymowitz <alex.hymowitz@jgrown.com>

Cc    Carly Hooker <Carly@afcbdc.com>

 **Caution**: Internal (alexzandra@justicecannabisco.com)

Sensitive Content  <u>Details</u>



<u>Safe</u>  <u>Spam</u>  <u>Phish</u>  <u>More...</u>

Hi Dan,

If your goal is to try to manufacture a record for your recently filed complaint to appoint a receiver, this is a very poor strategy.

It is inappropriate of you to dump demands on us that would require us to drop everything we are doing to provide you information within 24 hours. We are busy trying to run this company, which you are making more difficult by your own lack of responsiveness to our legitimate inquiries.

We will comply with our obligations under the Credit Agreement in due course, but will not treat this as some kind of emergency just because you want us to.

Alexzandra

---

**From:** Dan Neville <<u>dan@afcbdc.com</u>>
**Sent:** Friday, June 5, 2026 11:19:00 AM
**To:** Alexandra Fields <<u>alexzandra@justicecannabisco.com</u>>; Bill Papatheofanis <<u>billp@oaklandmanager.com</u>>; Alex Hymowitz <<u>alex.hymowitz@jgrown.com</u>>
**Cc:** Carly Hooker <<u>Carly@afcbdc.com</u>>
**Subject:** Re: Information Request

Thanks Alexzandra. Have two more to add to the list.

- Amount $ spent with each wholesaler for cannabis inventory by month for last 12 months

Can you also provide the below information for New Jersey by the end of next week.

- April 2026 financials including detailed P&L by dispensary and detailed cultivation P&L
- Updated copy of licenses for each location
- Visual floorplan for each dispensary location
- Cultivation production schedule & demand plan

- Cultivation planting, harvest schedule
- Harvest details (yield tracker by harvest for last 6 months, AB vs. Popcorn vs. Trim by harvest for the last 6 months)
- METRC inventory reports
- Wholesale sales by customer for last 12 months
- Wholesale sales by product type for last 12 months
- Detailed dispensary P&L by location for last 12 months
- Detail cultivation P&L for the last 12 months
- Anonymized employee listing for each dispensary location. Please include: employee title/function, employment type (FT/PT/contractor/other), annual or hourly salary rate ($-amount), and date hired.

---

**From:** Alexzandra Fields <alexzandra@justicecannabisco.com>
**Sent:** Friday, June 5, 2026 11:29 AM
**To:** Dan Neville <dan@afcbdc.com>; Bill Papatheofanis <billp@oaklandmanager.com>; Alex Hymowitz <alex.hymowitz@jgrown.com>
**Cc:** Carly Hooker <Carly@afcbdc.com>
**Subject:** Re: Information Request

Hi Dan,

We have received your email and will work on a gathering documents within the next week.

Have a great weekend,
Alexzandra

**Alexzandra Fields**
**President**

alexzandra@justicecannabisco.com

93 Route 37
Edgewood, Illinois 62426
JUSTICECANNABISCO.COM

The Future of Justice Grown is Justice Cannabis Co. Learn More

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

---

**From:** Dan Neville <dan@afcbdc.com>
**Sent:** Thursday, June 4, 2026 2:54:30 PM
**To:** Alexzandra Fields <alexzandra@justicecannabisco.com>; Bill Papatheofanis <billp@oaklandmanager.com>; Alex Hymowitz <alex.hymowitz@jgrown.com>
**Cc:** Carly Hooker <Carly@afcbdc.com>
**Subject:** Information Request

Hey Alexzandra / Bill -

Please provide us with the following information / answer the below questions related to PA operations by end of day Friday 6/5. Thanks in advance.

Regards,

Dan

- Evidence of lease extension for Edwardsville (expired Dec 2022).
- Evidence of lease extension for Bethlehem (expired Jan 2024).
- Anonymized employee listing for each dispensary location. Please include: employee title/function, employment type (FT/PT/contractor/other), annual or hourly salary rate ($-amount), and date hired.
- Financial statements for April 2026 including a detailed P&L for each of the 3 PA dispensaries.
- Updated copy of licenses for each dispensary location (ones in dataroom are as of 2020-21)
- Please provide a visual floorplan for each dispensary location
- For the expense item "Debt/Interest Forgiven" it totals $149k (across the 3 locations) in Nov 2025, and totals $295k in Mar 2026. Can you please: i) briefly describe the nature of this expense category, ii) include details on the specific entries for Nov 2025 and Mar 2026, and iii) disclose any expectations for additional entries for this line item
- For the expense item "Prior Period Adjustment" totaling $244k in Mar 2026, can you please briefly describe for us the nature of this entry?

This email and any attachments are confidential and may contain information that is legally privileged. If you are not the intended recipient, please promptly notify the sender and delete this message. Any unauthorized use or disclosure is prohibited. References to AFC may include its affiliates.