# EXHIBIT F

 Outlook

---

## Re: 13WK CF 5.9.26

---

**From** Alexzandra Fields <alexzandra@justicecannabisco.com>

**Date** Tue 6/9/2026 3:51 PM

**To** Dan Neville <dan@afcbdc.com>; Tripp Murray <tripp.murray@oaklandmanager.com>; Carly Hooker <Carly@afcbdc.com>

**Cc** Bill Papatheofanis <billp@oaklandmanager.com>; Alex Hymowitz <alex.hymowitz@jgrown.com>; Gabe Katz <Gabe@afcbdc.com>

📎 3 attachments (1 MB)

Current New Jersey Licenses.zip; 2400 Bloc Dispensary Detail Financials 04.2026.xlsx; 2100 Hayden Gateway Detail Financials 04.2026.xlsx;

 **Caution**: Internal (alexzandra@justicecannabisco.com)

Sensitive Content   Details



Safe  Spam  Phish  More...

Dan,

We have been, and will continue to respond to your requests for information. As stated before, we would appreciate it if you would not set unreasonable times for our responses, which requires us to drop other things and interferes with our ability to run our business.

Pursuant to the terms of our credit agreement, attached please find the required documents.

Regarding the remaining items requested below, our review of the parties' agreement suggests we have no obligation to provide them. Given the circumstances, these demands appear to be an improper attempt to circumvent the discovery process associated with the surrounding litigation, as well as confirmation that AFC is engaged in the business of cannabis, a scheduled drug. As such, we request your response as to the basis for your demand for the following things which go far beyond the four corners of the agreement established between the parties:

- Visual floorplan for each dispensary location

- Cultivation production schedule & demand plan

- Cultivation planting, harvest schedule

- Harvest details (yield tracker by harvest for last 6 months, AB vs. Popcorn vs. Trim by harvest for the last 6 months)

- METRC inventory reports

- Anonymized employee listing for each dispensary location (including: employee title/function, employment type, annual or hourly salary rate, and date hired)

We are not saying we will not produce these things. Rather, our position is that we are not seeing any obligation to do so, and we are going to require some additional basis to support your demand.

Alexzandra

---

**From:** Dan Neville <dan@afcbdc.com>
**Sent:** Friday, June 5, 2026 6:47 PM
**To:** Alexzandra Fields <alexzandra@justicecannabisco.com>; Tripp Murray <tripp.murray@oaklandmanager.com>; Carly Hooker <Carly@afcbdc.com>
**Cc:** Bill Papatheofanis <billp@oaklandmanager.com>; Alex Hymowitz <alex.hymowitz@jgrown.com>; Gabe Katz <Gabe@afcbdc.com>
**Subject:** Re: 13WK CF 5.9.26

Alexzandra -

The language under section 2.1 of the 2024 Forbearance Agreement is clear and unambiguous. The Forbearance Period "commenc[es] on the Forbearance Effective Date and end[s] on ... the Maturity Date".  AFC sent a Notice of Maturity to the Company on May 1, 2026 that the Obligations are due and payable in their full amount.

Justice Grown has struggled with liquidity and solvency for many years, as evidenced by multiple amendments to the Credit Agreement and two Forbearance Agreements. On May 1, 2026, over $100MM in obligations under the Credit Agreement were due and payable and Justice Grown is currently insolvent.

A 13-week cash flow forecast is a critical tool to ensure visibility into short term liquidity and operational needs and ensure that Justice Grown continues to operate as a going concern, which is our objective and key to maximizing the value of our collateral. The criticality of a 13 week cash flow forecast has only increased post Maturity and expiration of the Forbearance Agreement  with over $100MM due and payable.

If the Company is unable to provide a detailed, accurate 13 week cash flow on a weekly basis to manage liquidity and work to reduce expenses and increase cash collections (NJ accounts receivable balance had ballooned to over $5MM), then external oversight may be necessary to preserve our collateral.

I've included our respective counsels on this chain to eliminate any confusion you may have regarding the basic terms of our contract.

Regards,

Dan

---

**From:** Alexzandra Fields <alexzandra@justicecannabisco.com>
**Sent:** Tuesday, June 2, 2026 12:10 PM
**To:** Dan Neville <dan@afcbdc.com>; Dan Neville <dan@afcbdc.com>; Tripp Murray <tripp.murray@oaklandmanager.com>; Carly Hooker <Carly@afcbdc.com>
**Cc:** Bill Papatheofanis <billp@oaklandmanager.com>
**Subject:** Re: 13WK CF 5.9.26

Hi Dan,

Tripp will reply shortly with the 13W, however,  I am writing to seek some clarity on AFC's position regarding the enforcement of the forbearance agreement.

It is obvious that the agreement is being applied selectively. Your team continues to demand compliance with reporting obligations (IE the delivery of the 13-week cash flow statements) yet is withholding performance on reciprocal obligations, such as forwarding our management fees and approving essential payments to our CRO.

We cannot operate under a framework where reporting requirements are strictly enforced while critical funding and operational payments are withheld. Please confirm AFC's position on the status of the agreement so we can resolve this immediately.

Alexzandra

**Alexzandra Fields**
**President**

alexzandra@justicecannabisco.com



93 Route 37
Edgewood, Illinois 62426
JUSTICECANNABISCO.COM

The Future of Justice Grown is Justice Cannabis Co. Learn More

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

---

**From:** Dan Neville <dan@afcbdc.com>
**Sent:** Monday, June 1, 2026 7:34 AM
**To:** Dan Neville <dan@afcbdc.com>; Tripp Murray <tripp.murray@oaklandmanager.com>; Carly Hooker <Carly@afcbdc.com>
**Cc:** Alexzandra Fields <alexzandra@justicecannabisco.com>; Bill Papatheofanis <billp@oaklandmanager.com>
**Subject:** Re: 13WK CF 5.9.26

You don't often get email from dan@afcbdc.com. Learn why this is important

Alexzandra -

We have not received a 13-week cash flow forecast the past 3 weeks, which the company has been providing weekly for the last 2 years. As you know, the company is unable to pay its debts when due and is insolvent. A 13-week cash flow forecast is a critical tool for both the company and AFC to have visibility into short term liquidity and operational needs to ensure that Justice Grown continues to operate as a going concern.

If Justice Grown's management team is unable to produce a robust 13-week cash flow forecast on a consistent basis, we question whether they company may need additional resources and / or external oversight to ensure that the company continues to operate as a going concern and our collateral is preserved.

Please provide a 13-week cash flow forecast in excel by end of day Tuesday 6/2.

Regards,

Dan

---

**From:** Dan Neville <dan@Advancedflowercapital.com>
**Sent:** Friday, May 8, 2026 2:33 PM
**To:** Tripp Murray <tripp.murray@oaklandmanager.com>; Carly Hooker <Carly@Advancedflowercapital.com>
**Cc:** Alexzandra Fields <alexzandra@justicecannabisco.com>; Bill Papatheofanis <billp@oaklandmanager.com>
**Subject:** Re: 13WK CF 5.9.26

Hey Tripp -

Please provide excel backup to 13 week cash flow so we can see details around buildup. Thanks in advance.

Regards,

Dan

---

**From:** Tripp Murray <tripp.murray@oaklandmanager.com>
**Sent:** Monday, May 4, 2026 5:50:13 PM
**To:** Dan Neville <dan@Advancedflowercapital.com>; Carly Hooker <Carly@Advancedflowercapital.com>
**Cc:** Alexzandra Fields <alexzandra@justicecannabisco.com>; Bill Papatheofanis <billp@oaklandmanager.com>
**Subject:** 13WK CF 5.9.26

Please find attached.

**Tripp Murray**
**Fractional Chief Restructuring Officer**

*Oakland Manager*

C – 917-561-5026
tripp.murray@oaklandmanager.com

**Tripp Murray**
Oakland Manager

*Oakland Manager*

tripp.murray@oaklandmanager.com

PO Box 206
Edgewood, Illinois
62426

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

This email and any attachments are confidential and may contain information that is legally privileged. If you are not the intended recipient, please promptly notify the sender and delete this message. Any unauthorized use or disclosure is prohibited. References to AFC may include its affiliates.