**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

ADVANCED FLOWER CAPITAL, INC.
and AFC AGENT, LLC

  *Plaintiffs/Counter-Defendants*,

v.

BLOC DISPENSARY LLC, SRG 1761
NORTH OLDEN LLC, SRG 1474
PROSPECT LLC, SRG WARETOWN
LLC, HAYDEN GATEWAY LLC, PIER
COVE LLC, SRG 272 MAIN STREET
LLC, and SRG HI PARK LLC,

  *Defendants/Counter-Plaintiffs, and*

JG HOLDCO LLC, JON LOEVY, AND
MICHAEL KANOVITZ,

  *Counter-Plaintiffs*.

**Civil Action No. 3:26-cv-7332**

**JOINT STIPULATION AND ORDER**

WHEREAS, on June 23, 2026, the Counter-Plaintiffs filed a Motion for a Preliminary Injunction (Dkt. 8);

WHEREAS, on June 24, 2026, the Court ordered the parties to "confer and submit by close of business on 06/29/2026 a joint stipulation as to when Plaintiffs will file any opposition to [Counter-Plaintiffs'] Motion for Preliminary Injunction and when Counter-Plaintiffs will file any reply" (Dkt. 11);

WHEREAS, the parties have conferred and reached the agreement set forth herein;

1

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Counter-Plaintiffs, that Plaintiffs will file any opposition to Counter-Plaintiffs' Motion for Preliminary Injunction by July 7, 2026, at 5:00 p.m. EST, and Counter-Plaintiffs will file any reply by July 10, 2026, at 5:00 p.m. EST.

Respectfully submitted,

Respectfully submitted,

/s/ Jamie Hoxie Solano

Jamie Hoxie Solano
**Dynamis LLP**
200 Connell Drive
Berkely Heights, NJ 07922
(973) 295-5495

/s/ Brandon Fierro

Michael R. Yellin
Brandon Fierro
Amber D. Morrison
**COLE SCHOTZ, P.C.**
Court Plaza North
25 Main Street
Hackensack, NJ 07602-0800
Tel: (201) 489-3000

OF COUNSEL:
Kevin S. Reed (*pro hac vice* pending)
Jacob J. Waldman (*pro hac vice* pending)
Jacqueline M. Stykes (*pro hac vice* pending)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000

So Ordered this 30th day of June 2026.

_____
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE

Jason Sternberg (*pro hac vice* pending)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
2601 South Bayshore Dr, Suite 1550
Miami, Florida 33133
Tel: (305) 402-4880

2