

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201.489.3000   201.489.1536  fax
—
New York
—
Delaware
—
Maryland
—
Texas
—
Florida
—
Washington, DC

Michael R. Yellin
Member
Admitted in NJ, NY, and FL

Reply to New Jersey Office
Writer's Direct Line: 201.525.6258
Writer's E-Mail: MYellin@coleschotz.com

July 2, 2026

**VIA ECF**
Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re:   *Advance Flower Capital Inc. and AFC Agent LLC v. Bloc Dispensary LLC, et al.*,
> Case No. 3:26-cv-07332

Dear Judge Quraishi:

This firm represents Plaintiffs Advanced Flower Capital Inc. and AFC Agent LLC in connection with the above matter. We write jointly on behalf of all parties in response to the Court's June 29, 2026 Text Order (ECF No. 18).

The parties have conferred as the Court directed and jointly request that, subject to AFC's pending motion to remand, the hearing on both motions for preliminary injunction proceed on July 21, 2026, rather than July 14, 2026. In consideration of the adjournment, AFC has agreed to postpone its Article 9 foreclosure sale to a date no earlier than August 4, 2026. The parties respectfully request that the Court so order this letter to reflect the adjourned hearing date and extended sale date.

Respectfully submitted,

COLE SCHOTZ P.C.

*/s/ Michael R. Yellin*

Michael R. Yellin
Member

coleschotz.com

71686/0001-53556334v1

100 YEARS COLE SCHOTZ P.C.

Judge Quraishi
July 2, 2026
Page 2


MRY:sc

cc: All Counsel of Record (via ECF)

71686/0001-53556334v1