COLE SCHOTZ P.C.

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201.489.3000    201.489.1536  fax

—
New York
—
Delaware
—
Maryland
—
Texas
—
Florida
—
Washington, DC

Michael R. Yellin
Member
Admitted in NJ, NY, and FL

Reply to New Jersey Office
Writer's Direct Line: 201.525.6258
Writer's E-Mail: MYellin@coleschotz.com

July 6, 2026

**VIA ECF**

Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re: *Advance Flower Capital Inc. and AFC Agent LLC v. Bloc Dispensary LLC, et al.*,
> Case No. 3:26-cv-07332

Dear Judge Quraishi:

We represent Plaintiffs/Counter-Defendants Advanced Flower Capital, Inc. and AFC Agent, LLC (together, "AFC") in the above-referenced action, along with our co-counsel Quinn Emanuel Urquhart & Sullivan, LLP.  Pursuant to Local Civil Rule 7.2(b), we respectfully request leave for AFC to file a brief of up to 45 pages—five pages beyond the 40-page limit provided in the Rule—in opposition to Counter-Plaintiffs' motion for a preliminary injunction.  We submit this request in advance of the filing of AFC's opposition, which is currently due on July 7, 2026, as Rule 7.2(b) requires.

AFC's request mirrors relief Counter-Plaintiffs have already sought for themselves.  By letter dated June 23, 2026, Counter-Plaintiffs requested leave to file a preliminary-injunction memorandum of up to 50 pages—a ten-page enlargement of the Rule's limit—explaining that their motion presents "particularly complex facts and legal issues," involves an amount in controversy well over $100 million, and raises several distinct legal issues.  (ECF No. 7.)  Counter-Plaintiffs then filed a 50-page memorandum on that basis.  (ECF No. 8-1.)  The five additional pages AFC seeks are half the ten pages Counter-Plaintiffs took, and the 45-page brief AFC proposes is five pages shorter than the brief AFC must answer.

71686/0001-53569522v1

100 YEARS COLE SCHOTZ P.C.

Judge Quraishi
July 6, 2026
Page 2

We thank the Court for its consideration of this request and are available should Your Honor have any questions.

Respectfully submitted,

COLE SCHOTZ P.C.

*/s/ Michael R. Yellin*

Michael R. Yellin
Member

MRY:sc

cc: All Counsel of Record (via ECF)

71686/0001-53569522v1