## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ADVANCED FLOWER CAPITAL, INC.**, *et al.*, | |
| Plaintiffs/Counter-Defendants, | Civil Action No. 26-7332 (ZNQ) (JBD) |
| v. | **ORDER** |
| **BLOC DISPENSARY LLC**, *et al.*, | |
| Defendants/Counter-Plaintiffs, | |
| and | |
| **JG HOLDCO LLC,** *et al.*, | |
| Counter-Plaintiffs. | |

**QURAISHI, District Judge**

THIS MATTER comes before the Court upon Bloc Dispensary LLC, SRG 1761 North Olden LLC, SRG 1474 Prospect LLC, SRG Waretown LLC, Hayden Gateway LLC, Pier Cove LLC, SRG 272 Main Street LLC, and SRG HI Park LLC's ("Counter-Plaintiffs") Motion for a Preliminary Injunction ("Motion," ECF No. 8) and Advanced Flower Capital Inc. and AFC Agent LLC's ("Plaintiffs") informal letters raising a challenge to this Court's subject matter jurisdiction (ECF Nos. 9, 10).  For the reasons set forth in the accompanying Opinion,

IT IS on this **7th** day of **JULY 2026**,

ORDERED that Counter-Plaintiffs' Motion (ECF No. 8) is hereby **DENIED AS MOOT**; and it is further

**ORDERED** that this matter is hereby **REMANDED** to the Superior Court of New Jersey,

Chancery Division, Mercer County.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**